1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL J. CHAMBERS, | 1:13-cv-0230-LJO-MJS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| v. | |
| A. MILLER, | |
| Respondent. | (Doc. 17) |
| _____/ | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On September 05, 2013, Petitioner filed a motion to extend time to file objections to the Magistrate Judge's Findings and Recommendation.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

Dated:   September 24, 2013           /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE