1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT FOR THE

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   JAMAL J. CHAMBERS,                          1:13-cv-0230-LJO-MJS (HC)

12              Petitioner,                       ORDER GRANTING PETITIONER'S
                                                  FIRST MOTION FOR EXTENSION OF
13        v.                                      TIME TO FILE OBJECTIONS TO
                                                  MAGISTRATE JUDGE'S FINDINGS AND
14   A. MILLER,                                   RECOMMENDATION

15              Respondent.                       (Doc. 17)

16   _____/       THIRTY DAY DEADLINE

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant

18   to 28 U.S.C. § 2254.  On September 05, 2013, Petitioner filed a motion to extend time to

19   file objections to the Magistrate Judge's Findings and Recommendation.  Good cause

20   having been presented to the Court, IT IS HEREBY ORDERED that:

21          Petitioner is granted thirty days from the date of service of this order in which to

22   file objections.

23   IT IS SO ORDERED.

24   Dated:    September 24, 2013              /s/  *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28